UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Richard Bell,

Petitioner,

vs. ORDER

Unknown Officer of the United States Parole Commission, Constance C. Reese, sued as C. Reese, Warden,

Respondents. Civ. No. 00-289 (RHK/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 17th day of April, 2000.

* * *

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to a general assignment made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Respondents Response to a Petition for a Writ of Habeas Corpus, filed on April 5, 2000, requesting that the Petition be denied and the case dismissed without an evidentiary Hearing.[1]

---

[1]The Petitioner has filed with the Court a Motion for Judgment, which apparently seeks Default Judgment on his claims due to the failure of the Respondents to file an Answer to his Petition on or before the March 23, 2000, deadline contained in the Court's March 3, 2000, Order to Show Cause. [Docket No. 4]. The Petitioner's Motion for Judgement is flawed in its failure to acknowledge that, on March 22, 2000, the Respondents moved the

(13)

FILED APR 17 2000
F... ...OSAL, CLERK
J... ...NTD____
DEPUTY CLERK____

In order to facilitate disposition of the Petition and the request for dismissal, it is --

ORDERED:

1. That the Petitioner shall have until **April 22, 2000,** in which to respond, should he so choose, to the Respondents' submission to the Court requesting that the Petition for a Writ of Habeas Corpus be denied and the case dismissed.

2. That the Petitioner's Motion for Leave to File Traverse [Docket No. 9] is DENIED as moot.

3. That the Petitioner's Motion of Judgment [Docket No. 8] is DENIED.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

---

Court for leave to file their Answer on or before April 6, 2000, [Docket No. 5], which, upon a showing of good cause for the requested delay, was granted on March 24, 2000 [Docket No. 6]. As such, there is no delinquency on the part of the Respondents warranting a grant of the relief sought by the Petitioner, and his Motion for Judgment, [Docket No. 8], is denied accordingly.