UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Richard Bell,

Petitioner,

Civil 00-289 (RHK/RLE)

vs.

**ORDER**

U.S. Parole Commission, and
C. Reese, Warden,

Respondents.

---

Petitioner's Motion for Extension is **GRANTED**; Objections to the October 27, 2000 Report and Recommendation of Magistrate Judge Raymond L. Erickson shall be served and filed no later than December 22, 2000.

Dated: November 16, 2000

RICHARD H. KYLE
United States District Judge

FILED NOV 16 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK