# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Richard Bell

Plaintiff

v.

U.S. Parole Commission and
C. Reese, Warden

Defendants

Case No. Civil 00-289 RHK/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** the Report and Recommendation is adopted. The petition for a writ of habeas corpus is summarily dismissed. Petitioner's motion for stay of court proceedings is denied. Petitioner's motion of bond is denied. Petitioner's motion for expedited summary judgment is denied as moot. Petitioner's motion for release on bail is denied.

DATE: DECEMBER 29, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk